AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Columbia

Dennis S. Reidmiller

V.

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL ACTION**

Case: 1:07-cv-02102
Assigned To : Roberts, Richard W.
Assign. Date : 11/20/2007
Description: PRO SE GEN. CIVIL

*JURY ACTION*

TO: (Name and address of Defendant)

Jeffrey A. Taylor,
United States Attorney, District of Columbia
Civil Process Clerk
555 4th Street, NW
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis S. Reidmiller
16226 Kyle Crest Trl
Cypress, Texas 7433-5861

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                     NOV 2 0 2007

CLERK                                        DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 2-8-08 |
| NAME OF SERVER (PRINT)  Michelle Jones | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): USPS Registered Mail # 7007 0220 0001 4201 9162

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-8-08
_____
Date

*Signature of Server:* Michelle Jones

*Address of Server:* 1706 Oakwell Katy TX 77449

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

MAR 21 2008



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0001 4201 9162**
Status: **Delivered**

Your item was delivered at 11:11 AM on February 15, 2008 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )



**Track & Confirm**
Enter Label/Receipt Number.

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ | 4.60 |
| Certified Fee | | 2.65 |
| Return Receipt Fee (Endorsement Required) | | 2.15 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 9.40 |

Postmark Here

7007 0220 0001 4201 9162

Sent To: Jeffery Taylor
Street, Apt. No.; or PO Box No.: 5554 4th St NW
City, State, ZIP+4: Washington, D.C. 20001

PS Form 3800, August 2006    See Reverse for Instructions

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                           District of                           Columbia

Dennis S. Reidmiller

**SUMMONS IN A CIVIL ACTION**

V.

UNITED STATES OF AMERICA

Case: 1:07-cv-02102
Assigned To : Roberts, Richard W.
Assign. Date : 11/20/2007
Description: PRO SE GEN. CIVIL

*JURY ACTION*

TO: (Name and address of Defendant)

Peter D. Keisler
Acting United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dennis S. Reidmiller
16226 Kyle Crest Trl
Cypress, Texas 77433-5861

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    NOV 20 2007

CLERK                                               DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 2-8-08 |
| NAME OF SERVER (PRINT) Michelle Jones | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): USPS Registered Mail #7007 0220 0001 4201 9179

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-8-08
              Date           Signature of Server  *Michelle Jones*

1706 Oakwell Katy, TX 77449
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FEB 21 2008



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0220 0001 4201 9179**
Status: **Delivered**

Your item was delivered at 4:36 AM on February 12, 2008 in WASHINGTON, DC 20530.

(Additional Details >) (Return to USPS.com Home >)



**Track & Confirm**
Enter Label/Receipt Number.

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**   No FEAR Act EEO Data   FOIA

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | | |
|---|---|---|
| Postage | $ 4.60 | |
| Certified Fee | 2.65 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 2.15 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 9.40 | |

Sent To: Michael Mukasey
Street, Apt. No.; or PO Box No. 950 Pennsylvania Av
City, State, ZIP+4 Washington DC 20530

PS Form 3800, August 2006

7007 0220 0001 4201 9179