IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS REIDMILLER,            )
       Plaintiff,            ) No. 1:07-cv-02102 (RWR)
                             )
v.                            )
                             )
UNITED STATES,                )
                             )
       Defendant.            )

## NOTICE OF APPEARANCE

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:     May 2, 2008

                                                 Respectfully submitted,

                                                 /s/ Beatriz T. Saiz
                                                 BEATRIZ T. SAIZ
                                                 Trial Attorney, Tax Division
                                                 U.S. Department of Justice
                                                 P.O. Box 227
                                                 Washington, D.C.  20044
                                                 Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

 IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on May 2, 2008, by sending a copy by First Class mail, postage prepaid, addressed as follows:

    Dennis Reidmiller
    16226 Kyle Crest Trail
    Cypress, TX 77433-5861

      /s/ Beatriz T. Saiz
      BEATRIZ T. SAIZ