UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENNIS REIDMILLER,      )<br>                         )<br>     Plaintiff,        )<br>                         )<br>     v.                  )<br>                         )<br>UNITED STATES OF AMERICA,)<br>                         )<br>     Defendant.         )<br>                         ) | Civil Action No. 07-2102 (RWR) |

### ORDER

On May 2, 2008 defendant filed a motion to dismiss the claims against it. On June 26, 2008, this Court issued an order advising the *pro se* plaintiff of his obligation to respond by July 28, 2008, and that failure to respond may result in dismissal of the complaint. Plaintiff has not filed a response to defendant's motion. Accordingly, it is hereby

ORDERED that defendant's motion to dismiss the complaint be, and hereby is, GRANTED as conceded. The complaint is DISMISSED. This is a final, appealable Order.

SIGNED this 7th day of August, 2008.

                                    /s/ MWRoberts
                                    _____
                                    RICHARD W. ROBERTS
                                    United States District Judge